493

Opinion by RAO, C. J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 69657.**—Montgomery Ward & Company v. United States, protest 64/12678 (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 69658.**—The Buhler Corp. and Gehrig, Hoban & Co., Inc., et al. *v.* United States, protests 64/8483, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of parts essential to and dedicated to use with food preparing machines similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.

**No. 69659.**—The Buhler Corp. and Gehrig, Hoban & Co., Inc. *v.* United States, protests 64/12250, 64/12247, and 64/11474 (New York).